Daniel E. Fredenberg, #020158
**TITUS, BRUECKNER & BERRY, P.C.**
8377 East Hartford Drive, Suite 110
Scottsdale, Arizona 85255-5748
(480) 483-9600
dfredenberg@tbb-law.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aero Care International, L.L.C., an Arizona limited liability corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>International Medevac Services, Inc.; a California corporation, Blue Cross of California, a California corporation,<br><br>    Defendants. | No. 2:07-CV-00979<br><br><br><br>**COMPLAINT IN NATURE OF INTERPLEADER** |

This action is brought pursuant to 28 U.S.C. § 1335, as a Complaint in the Nature of Interpleader which seeks an Order requiring stakeholder Blue Cross of California ("Blue Cross") to interplead certain funds which are the subject of competing claims for reimbursement, and for a determination of the rights of the competing claimants to the funds.

1. This action involves competing claims to Health Care insurance proceeds arising from services rendered by plaintiff Aero Care International, L.L.C. ("Aero Care"), in the approximate amount of $102,411.62.

2. Claimant International Medevac Services, Inc. ("International Medevac") asserts claims for the same funds.

3. Stakeholder Blue Cross currently holds the funds over which the claimants assert competing claims.

### Jurisdiction and Venue

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1335. The claimants to the funds at issue herein are of diverse citizenship, and the amount in controversy is substantially in excess of $500.

5. The events giving rise to this complaint arose in this district. Both International Medevac and Blue Cross are subject to jurisdiction in this district.

### Parties

6. Aero Care is a corporation organized under the laws of Arizona. Aero Care's principal place of business is located in Arizona.

7. International Medevac is a corporation organized under the laws of California. International Medevac has caused acts to occur in the State of Arizona.

### General Allegations

8. Aero Care is a provider of emergency medical transport services, and has rendered services which entitle it to compensation in the form of the funds being held by Blue Cross.

9. Blue Cross has recognized a contractual relationship with Aero Care whereby Blue Cross has historically caused payments to be made to Aero Care in satisfaction of its payment obligations for services provided by Aero Care.

10. Aero Care has submitted health insurance claim forms to Blue Cross for emergency transport services which were rendered by Aero Care.

11. International Medevac has, upon information and belief, submitted health insurance claim forms to Blue Cross for the same emergency transport services as those provided by Aero Care for the purpose of diverting the funds away from Aero Care.

12. The conflicting claims of Aero Care and International Medevac expose Blue Cross to the risk of multiple liability.

## COUNT I
(Interpleader)

13. Plaintiff repeats the allegations contained in paragraphs 1 through 12 as if fully set forth herein.

14. This count is brought against Blue Cross and International Medevac pursuant to 28 U.S.C. § 1335 as a Complaint in the Nature of Interpleader.

15. Aero Care and International Medevac have made conflicting claims for payment of emergency transport services.

16. Aero Care is entitled to recourse in the form of an Action in the Nature of Interpleader to establish its rights to the funds.

WHEREFORE; Plaintiff requests the following relief;

A. An Order directing Blue Cross to interplead and deposit with the Court the amount of $102,411.62 representing the funds over which there are competing claims;

B. An Order requiring International Medevac to interplead its claims before this Court;

C. A declaration of the respective rights to the funds at issue; and

1  D. For such other and further relief as the Court may deem appropriate, including an award of attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 14th day of May, 2007.

/s/Daniel E. Fredenberg
Daniel E. Fredenberg
**TITUS, BRUECKNER & BERRY, P.C.**
8377 East Hartford Drive, Suite 110
Scottsdale, Arizona  85255-5748
*Attorneys for Plaintiff*

**ORIGINAL** of the foregoing efiled with the Clerk of the Court this 14th day of May, 2007.

/s/Rebecca L. Harrington

H:\6616.9\Pleadings\Medevac_Interpleader.doc